matters as to which he seeks examination. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

COLUMBUS SPA, INC., Appellant, v. STAR COMPANY, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JOHN P. MAHONEY and JOHN A. MAHONEY, Copartners, etc., Respondents, v. ISABEL VERNON COOK, Appellant, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

UNION INDEMNITY COMPANY, Appellant, Respondent, v. JOHN ULMER CUSHMAN, Respondent, Appellant.— Order affirmed, without costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

WESTBORO FAMILY LAUNDRY SERVICE, INC., Appellant, v. JACOB BRATTER, Respondent.— Order of November 19, 1926, reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. Appeal from order of January 7, 1927, dismissed. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ESTELLE WOHLGEMUTH, Appellant, v. JOHN FLAHERTY and Others, Respondents. — Order reversed, with ten dollars costs and disbursements, and motion granted. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JOHN E. MANIX, Respondent, v. ALFRED FANTL, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MARY PARSONS and Another, Respondents, v. EDITH P. MORGAN and Others, Defendants. MAURICE BLOCH, Guardian ad Litem, etc., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

FRANCES B. COX, Respondent, v. CHARLES M. COX, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

NATIONAL BANK OF NORTH HUDSON, Respondent, v. EDWARD R. WESTERBURG, Appellant, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

NATIONAL BANK OF NORTH HUDSON, Respondent, v. EDWARD R. WESTERBURG, Appellant, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

NATIONAL BANK OF NORTH HUDSON, Respondent, v. EDWARD R. WESTERBURG, Appellant, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SAMUEL ROTHMAN, Respondent, v. WILLIAM J. OBERDORFER, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of an Alleged Mechanic's Lien on Premises in the Borough of Manhattan, New York City, Known as No. 70 SECOND AVENUE and No. 86 EAST